**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

UNITED STATES OF AMERICA

VS.

**KENDRICK DEMONE JACKSON,**

Supervised Releasee

**NO. 3: 04-CR-11 (CAR)**

RE: SUPERVISED RELEASE VIOLATIONS

---

# O R D E R

**KENDRICK DEMONE JACKSON**, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for an Initial Appearance Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.

Upon consideration of the government's request for the detention of the SUPERVISED RELEASEE pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), and also in light of the fact that consideration of the defendant's release from custody in Case No. 3:10-CR-2 (CAR) has been held in abeyance because of defendant Jackson's incarceration by the State of Georgia, the court finds that release from custody at this time is inappropriate in this case.

Accordingly, IT IS ORDERED AND DIRECTED that **KENDRICK DEMONE JACKSON** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said SUPERVISED RELEASEE shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.

SO ORDERED AND DIRECTED, this 16th day of FEBRUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE